# **EXHIBIT 15**



June 5, 2017

**VIA FEDERAL EXPRESS**

Denise H. Houghton
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

Re: **Indemnification Demand Notice for Asbestos Lawsuits**

Dear Ms. Houghton:

I write to notify Johnson & Johnson; Johnson & Johnson Baby Products Company, a division of Johnson & Johnson Consumer Products, Inc.; and Johnson & Johnson Consumer Companies, Inc. (collectively "J&J") of Imerys Talc America, Inc.'s f/k/a Luzenac America, Inc. ("Imerys") of additional lawsuits filed against Imerys Talc America, Inc. in various jurisdictions alleging bodily injury as a result of exposure to asbestos and asbestos-containing body powders manufactured by J&J with talc delivered by Imerys or its successors or affiliates in accordance with the Agreements with J&J (the "Asbestos Lawsuits"). A list of the claimants is enclosed and copies of the 62 recent complaints can be located by visiting https://highq.in/1aohb6qe7h. The link will be valid until July 2, 2017

As set forth in Imerys' March 24, 2017 letter, which is incorporated herein, Imerys again demands indemnification for the Asbestos Lawsuits pursuant to various Agreements, as well as by operation of law. In light of the allegations contained in the Asbestos Lawsuits, J&J is obligated under the Agreements and/or principles of implied contract and/or implied indemnity to indemnify, defend, and hold harmless Imerys with respect to the liabilities resulting from the Asbestos Lawsuits including, but not limited to, legal defense costs and reasonable attorney fees incurred in defending the Asbestos Lawsuits.

Imerys reiterates its demand of March 24, 2017 that J&J (i) provide copies of all general liability and other insurance policies that may provide coverage for the Asbestos Lawsuits and (ii) cooperate with Imerys in its attempts to obtain coverage thereunder. As you may recall, the 1989 SPA provides that J&J "agrees to use its best efforts to make such coverage and policies (including excess coverage policies) available to Cyprus, Windsor and Western, and their affiliates, up to the limits specified in such policies, and to cooperate with Cyprus and its affiliates in making claims against such policies." (1989 SPA, §5.9.) As the successor in interest to Cyprus' rights under the 1989 SPA, we hereby assert our rights to such cooperation and such policies.

Denise H. Houghton
June 5, 2017
Page 2

    Please confirm in writing no later than ten (10) business days that J&J will comply with its indemnification obligations. Once I receive such confirmation, I will forward invoices for legal fees incurred to date for reimbursement and will continue to forward invoices for legal fees incurred by Imerys' counsel in defending ongoing or subsequent Asbestos Lawsuits.

                                          Sincerely,

                                          Gregory N. Harris

cc:  Johnson & Johnson
      One Johnson & Johnson Plaza
      New Brunswick, New Jersey 08933
      Attn:  General Counsel

Enclosure

| Claimant | Jurisdiction |
|---|---|
| Alderdice, Gina and Andrew | NJ |
| Alne, Sandra and John | CA |
| Arend, Barbara | NJ |
| Arvelo, Donna | NJ |
| Axtell, Donald and Anita | IL |
| Barden, Douglas and Roslyn | NJ |
| Beran, Allyson and Minh Vo | NJ |
| Betancourt, Leah, et al. | IL |
| Black, Mary | NY |
| Brantley, Suzanne, et al. | IL |
| Bunkowske, Jill, et al. | IL |
| Chapman, Michelle and Richard | NJ |
| Colley, Marie | LA |
| Cope, Faith Belac, et al. | PA |
| Csontos, James | IL |
| Davis, Markesha | IL |
| DeAugustinis, Tara and Richard | NJ |
| Delacruz, Irene and Julius | CA |
| Dominguez, Francisco | CA |
| Doriot, Henri | DE |
| Dussia, Evan and Phyllis | IL |
| Ellis, Patricia | IN |
| Feddersen, Bruce | IL |
| Folkers, Shirley | IL |
| Garcia, Edward and Lisa | NJ |
| Germain, Michelle and Eddie | NY |
| Girard, Mark and Holly | IL |
| Goldsborough, Robert and Carol | IL |
| Grajeda, Teresa | IL |
| Gray, Jesse and Donna | IL |
| Harris, Bennie and Shiann | IL |
| Hayes, Donna Ann | KY |
| Heckenmueller, John and Charlotte | IL |
| Henry, Rosalind and Frederick | NJ |
| Herron, Frank | PA |

| Claimant | Jurisdiction |
|---|---|
| Hodjera, Matthew and Sylvia | WA |
| Huff, Linda and James | NJ |
| King, David, et al. | IL |
| Koretoff, Gail, et al. | CA |
| Ladue, Marc and Marsha | NJ |
| Linder, Marie | IL |
| Macy, Marie Bond and Jack | NJ |
| Margarum, Christine, et al. | IL |
| Martinez, Kayla | NJ |
| Michaels, Janet | IL |
| Mulcahey, Sandra | IL |
| Nadeau, Helen and Ronald | IL |
| Nealon, Linda | IL |
| Nell, Paul and Karen | IL |
| Niemeyer, Shirley | NY |
| Owens, Cora Belle and Jerry | SC |
| Payne, Edward | IL |
| Pollakov, Ruth and Ronald | IL |
| Prokocimer, Lois | NY |
| Provinzano, Holli and Ryan | NJ |
| Ratcliff, Jody E. | WA |
| Rice, Bonnie, et al. | MO |
| Rimondi, Ricardo and Pilar | NJ |
| Ruman, Joanna and Jacenty | NJ |
| Sabath, Frederick | IL |
| Sausser, David | OH |
| Schock, Dolores | IL |
| Serata, Samuel J. | NJ |
| Shea, Joseph and Linda | IL |
| Stenhouse, Gertrude and Ruben | MO |
| Stevenson, Susan, et al. | FL |
| Tomlinson, Raymond and Emma | IL |
| Trimble, Linda (et al.) | IL |
| Van Dyke, April, et al. | IL |
| Viola, William and Mary | NJ |
| Weirick, Carolyn | CA |

| Claimant | Jurisdiction |
| --- | --- |
| Welton, Thomas and Patricia | IL |
| Willis, Barbara and Russell | IL |
| Wittman, Barbara and John | CA |
| Wylie, Veronica | SC |
| Zoas, Ann and Christos | IL |

26253980.2