# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors | (Jointly Administered) |
| IMERYS TALC AMERICA, INC. and IMERYS TALC VERMONT, INC., | |
| Plaintiffs, | Adv. Pro. No. 21-51006 |
| v. | |
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC., | |
| Defendants. | |

**MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS
AND THE FUTURE CLAIMANTS' REPRESENTATIVE FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

The Official Committee of Tort Claimants (the "Committee") and the Future Claimants' Representative (the "FCR," together with the Committee, the "Plaintiffs-Intervenors")[2] respectfully bring this Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") pursuant to Section 105(a) of title 11 of the United States Code and Rule 65 of the Federal Rules of Civil Procedure, as made applicable by Rule 7065 of the Federal Rules of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, GA 30076.

[2] Each of the Committee and the FCR are contemporaneously filing motions to intervene in this Adversary Proceeding as plaintiffs.

22635742

Bankruptcy Procedure. By this Motion, the Plaintiffs-Intervenors seek: (i) entry of a temporary restraining order restraining and enjoining Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, the "Defendants") from using a divisive merger or any other form of corporate transaction to separate themselves from the indemnification obligations they owe Imerys Talc America, Inc. and Imerys Talc Vermont, Inc. (the "Plaintiffs"); and (ii) entry of a preliminary injunction restraining and enjoining the Defendants from using a divisive merger or any other form of corporate transaction to separate themselves from the indemnification obligations they owe to the Plaintiffs pending the final adjudication of the Complaint. The grounds supporting this Motion are set forth in the concurrently filed Memorandum of Law in support of the Motion and the Declaration of Mark A. Fink and the exhibits attached thereto.

Wherefore, Plaintiffs-Intervenors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A: (i) temporarily restraining and enjoining Defendants from using a divisive merger or any other form of corporate transaction to separate themselves from the indemnification obligations they owe Plaintiffs; (ii) scheduling a hearing to determine whether to grant a preliminary injunction; and (iii) granting such other and further relief as the Court deems just, proper, and equitable.

22635742

Dated: July 27, 2021
Wilmington, Delaware

Respectfully submitted,

**ROBINSON & COLE LLP**

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
Mark A. Fink (No. 3946)
1201 North Market Street, Suite 1406
Wilmington, Delaware 19801
Tel:  (302) 516-1700; Fax:  (302) 516-1699
nramsey@rc.com
mfink@rc.com

Michael R. Enright (admitted *pro hac vice)*
280 Trumbull Street
Hartford, CT 06103
Tel:  (860) 275-8290; Fax: (860) 275-8299
menright@rc.com

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Jeffrey B. Korn (admitted *pro hac vice*)
Stuart R. Lombardi (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000; Fax: (212) 728-8111
rstrickland@willkie.com
jkorn@willkie.com
slombardi@willkie.com

**GILBERT LLP**
Kami E. Quinn (admitted *pro hac vice)*
Heather Frazier (admitted *pro hac vice*)
700 Pennsylvania Avenue, SE; Suite 400
Washington, DC 20003
Telephone:  (202) 772-2200
quinnk@gilbertlegal.com
frazierh@gilbertlegal.com

*Counsel to the Official Committee of Tort Claimants*

22635742

and

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Robert S. Brady*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel. (302) 571-6600; Fax: (302) 571-1253
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com
jkochennash@ycst.com

*Counsel to the Future Claimants' Representative*

22635742