# Exhibit 6

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/johnson-johnson-taps-jones-day-to-explore-talc-bankruptcy-11626809000

PRO BANKRUPTCY

# Johnson & Johnson Taps Jones Day to Explore Talc Bankruptcy

The law firm is advising Johnson & Johnson on a possible bankruptcy filing covering its talc-related liabilities, people familiar with the matter say



By placing a subsidiary in bankruptcy, Johnson & Johnson would have several tools to resolve current liabilities and future claims over talc-based products.
PHOTO: SOUMYABRATA ROY/ZUMA PRESS

*By* *Andrew Scurria* *and* *Alexander Gladstone*
July 20, 2021 3:23 pm ET

Johnson & Johnson has engaged law firm Jones Day to advise the company as it explores placing a subsidiary in bankruptcy to help settle thousands of personal injury claims linking talcum-based baby powder to cancer, people familiar with the matter said.

Jones Day has been advising J&J on options for addressing talc-related claims, including a possible bankruptcy filing by a subsidiary containing those legal liabilities, the people said. The company has told personal-injury lawyers during settlement discussions that such a bankruptcy filing was under consideration, The Wall Street Journal reported on Monday.

J&J said Tuesday it hasn't decided on a course of action with respect to the thousands of talc lawsuits it faces, except to defend the safety of talc and fight pending claims. The company declined to comment further. Jones Day didn't immediately respond to a request for comment.

MORE FROM WSJ PRO BANKRUPTCY

Limetree Oil Refinery Wants Bankruptcy Shield Extended to Private-Equity Backers July 26, 2021

Texas Electricity Co-op Challenges Grid Operator on $1.9 Billion Storm Bill July 26, 2021

Warren Targets Sacklers' Legal Protection in Purdue Bankruptcy July 23, 2021

Filing a subsidiary for bankruptcy would give J&J several legal tools to resolve current liabilities and future claims over talc-based products, which the company stopped selling in the U.S. and Canada last year.

J&J faced 28,900 injury lawsuits across the U.S. over talc as of April, according to the company's most recent quarterly report, which also said the number of tort claims continues to grow.

Bankruptcy would automatically halt the lawsuits, a protection that could be extended to the publicly traded parent. A chapter 11 filing would also provide a single forum for evaluating, estimating and capping the value of personal injury claims.

Some users of baby powder allege talc in Johnson's Baby Powder and Johnson's Shower to Shower can cause inflammation that leads to ovarian cancer. Others have blamed the talc products for mesothelioma, a rare cancer caused by asbestos exposure.

J&J has said its talcum powder is safe and doesn't cause cancer, and that numerous tests over the past 40 years didn't show a presence of asbestos.

J&J has taken some talc-injury cases to trial, and while some juries have sided with the company, others have returned huge damage awards, including a $2.1 billion judgment in Missouri.

In discussions with lawyers for personal-injury claimants, J&J has said it could split talc-related liabilities tied to its Johnson & Johnson Consumer Inc. unit away from income-

producing assets and file a newly formed unit for bankruptcy, people familiar with the matter said.

Splitting a corporate unit's assets from liabilities and transferring them to affiliates before placing one in bankruptcy is possible under a Texas statute. It has been used by other companies facing large numbers of tort claims, including for asbestos exposure. Jones Day is advising on several pending asbestos-related bankruptcies that involved such an arrangement.

**Write to** Andrew Scurria at <u>Andrew.Scurria@wsj.com</u> and Alexander Gladstone at <u>alexander.gladstone@wsj.com</u>

*Appeared in the July 21, 2021, print edition as 'Jones Day To Advise J&J on Talc Unit.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.