## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors. | Jointly Administered |
| IMERYS TALC AMERICA, INC. and IMERYS TALC VERMONT, INC., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 21-51006 (LSS) |
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC., | **Ref. Docket No. 8**<br>**Objection Deadline: August 12, 2021 at 4:00 p.m. (ET)**<br>**Reply Deadline: August 19, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: August 24, 2021 at 10:00 a.m. (ET)** |
| Defendants. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on July 28, 2021, James L. Patton, Jr. in his capacity as the legal representative for future talc personal injury claimants ("Future Claimants' Representative") filed the **Future Claimants' Representative's Motion to Intervene and Joinder in Motion of the Official Committee of Tort Claimants to Intervene** (the "Motion") [Adv. Docket No. 8].  You were previously served with the Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be filed on or before **August 12, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Third Floor, Wilmington, Delaware 19801.  At the same time, copies of any such objections or responses must be served upon the following parties so as to be received on or before the Objection Deadline: (i) Imerys Talc Americas, Inc., 100 Mansell Court East, Suite 300, Roswell, Georgia 30076, Attn: Ryan J. Van Meter and Alexandra Picard (ryan.vanmeter@imerys.com and alexandra.picard@imerys.com); (ii) Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California 90071-1560, Attn: Jeffrey E. Bjork  and Helena G. Tseregounis (jeff.bjork@lw.com and helena.tseregounis@lw.com); (iii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins (collins@rlf.com); (iv) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Robert S Brady and Edwin J. Harron

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050) and Imerys Talc Canada Inc. (6748).  The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

(rbrady@ycst.com and eharron@ycst.com); (v) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Juliet M. Sarkessian and Linda Richenderfer, Esq. (juliet.m.sarkessian@usdoj.gov and linda.richenderfer@usdoj.gov); (vi) Robinson & Cole LLP, 1201 North Market Street, Suite 1406, Wilmington, Delaware 19801, Attn: Natalie D. Ramsey and Mark A. Fink (nramsey@rc.com and mfink@rc.com); (vii) Faegre Drinker Biddle & Reath LLP, 222 Delaware Ave., Suite 1410, Wilmington, Delaware, 19801, Attn: Patrick A. Jackson (patrick.jackson@fagredrinker.com); and (viii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Diane P. Sullivan (diane.sullivan@weil.com).

**PLEASE TAKE FURTHER NOTICE** that any replies in support of the Motion must be filed on or before **August 19, 2021 at 4:00 p.m. (ET)** (the "Reply Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Third Floor, Wilmington, Delaware 19801.  At the same time, copies of any such replies must be served upon the parties listed in the preceding paragraph so as to be received on or before the Reply Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **AUGUST 24, 2021 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, SIXTH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: August 4, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kevin A. Guerke (No. 4096)
Sharon M. Zieg (No. 4196)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
   eharron@ycst.com
   kguerke@ycst.com
   szieg@ycst.com
   jkochenash@ycst.com

*Counsel to the Future Claimants' Representative*

28444598.1