**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[2] | Case No. 19-10289 (LSS) |
| Debtors | (Jointly Administered) |
| IMERYS TALC AMERICA, INC. and IMERYS TALC VERMONT, INC., | |
| Plaintiffs, | Adv. Pro. No. 21-51006 |
| v. | |
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC., | |
| Defendants. | |

**ORDER GRANTING LEAVE TO CONDUCT**
**EXPEDITED DISCOVERY, AND SETTING A DISCOVERY SCHEDULE ON MOTION**
**FOR PRELIMINARY INJUNCTION**

This Court has considered the Motion for Leave to Conduct Expedited Discovery, and for

Discovery Schedule on Motion for Temporary Restraining Order and Motion for Preliminary

Injunction (the "Motion")[3] filed by the Official Committee of Tort Claimants (the "Committee")

and the Future Claimants' Representative (the "FCR," together with the Committee, the

"Plaintiffs-Intervenors"), and the Court having determined that it can consider the Motion without

need for a hearing, and that the relief requested in the Motion is in the best interests of Debtors,

---

[2]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, GA 30076.

[3]    Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Motion.

their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. §157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

(1)    The Motion for Scheduling Order is GRANTED as set forth herein. The Plaintiffs-Intervenors are granted leave to conduct expedited discovery as set forth in the Motion For Expedited Discovery.

(2)    The Plaintiffs-Intervenors shall serve written discovery requests, in the form attached to the Motion For Expedited Discovery, on J&J within 1 business day following entry of this Order.

(3)    The Defendants shall serve written responses (and any objections) to the written discovery requests within 3 days following service of the requests;

(4)    The Defendants shall produce responsive documents no later than August 12.