# Exhibit A

# Lane, Erik

| | |
|---|---|
| **From:** | Lombardi, Stuart <slombardi@willkie.com> |
| **Sent:** | Thursday, July 29, 2021 10:58 AM |
| **To:** | Tsekerides, Theodore |
| **Cc:** | Strickland, Rachel; Korn, Jeffrey; Forman, Daniel; Antonello, Gabrielle; Natalie Ramsey; Michael Enright; Mark Fink; Quinn, Kami; Heather Frazier; Cailteux, Konrad; Barrington, Luna; 'Guerke, Kevin A.'; Kochenash, Jared W. |
| **Subject:** | RE: Imerys - Meet & Confer |
| **Attachments:** | Imerys - PI Schedule and Related Terms.DOCX |

Ted,

Further to our discussion last night, attached is a document with the movants' proposed schedule and related terms.

**Stuart R. Lombardi**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8882 | Fax: +1 212 728 9882
slombardi@willkie.com | vCard | www.willkie.com bio

---

**From:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Sent:** Wednesday, July 28, 2021 6:07 PM
**To:** Lombardi, Stuart <slombardi@willkie.com>
**Cc:** Strickland, Rachel <RStrickland@willkie.com>; Korn, Jeffrey <JKorn@willkie.com>; Forman, Daniel <DForman@willkie.com>; Antonello, Gabrielle <GAntonello@willkie.com>; Natalie Ramsey <nramsey@rc.com>; Michael Enright <menright@rc.com>; Quinn, Kami <quinnk@gilbertlegal.com>; Heather Frazier <frazierh@gilbertlegal.com>; Cailteux, Konrad <konrad.cailteux@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>
**Subject:** Re: Imerys - Meet & Confer

**\*\*\* EXTERNAL EMAIL \*\*\***

Could do 7 pm tonight if that works.

Theodore E. Tsekerides
Partner
Weil, Gotshal & Manges LLP
212-310-8218 Office
516-398-0510 Mobile

> On Jul 28, 2021, at 4:44 PM, Lombardi, Stuart <slombardi@willkie.com> wrote:
>
> Ted,
>
> We are ready to meet and confer as the Court instructed during today's hearing. When will you be ready and available?

1

Thank you.

**Stuart R. Lombardi**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8882 | Fax: +1 212 728 9882
slombardi@willkie.com | vCard | www.willkie.com bio

---

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

- Proposed schedule, subject to the Court's availability and contingent on agreement to preserve the status quo:
    - August 4: J&J's briefs due in opposition to (a) motion for a preliminary injunction and (b) motion to intervene.
    - August 11: Replies due
    - Week of August 16: Hearing
- J&J and its affiliates (collectively, "J&J") represent that they have not effectuated any form of restructuring, reorganization or other business or corporate action, including a divisive merger, designed or asserted to (i) separate themselves, including by assignment, from their respective Indemnification Agreements and/or their alleged obligations thereunder or (ii) otherwise impact the Indemnification Agreements and/or J&J's alleged obligations thereunder.  J&J agrees to preserve the status quo until the Court rules on the motion for a preliminary injunction.  Specifically, J&J agrees not to use a divisive merger or any other form of corporate transaction (including a restructuring, reorganization or other business or corporate action) designed or asserted to (i) separate themselves, including by assignment, from their respective Indemnification Agreements and/or the obligations thereunder pending the Court's ruling on the motion for a preliminary injunction or (ii) otherwise impact the Indemnification Agreements and/or J&J's alleged obligations thereunder, and agrees not to do anything at all in furtherance of such a divisive merger or transaction pending that ruling.
- J&J to produce all documents and information provided in response to the July 28, 2021 letter of the House Subcommittee on Economic and Consumer Policy.
- J&J to provide verified responses to the following:
    - Has J&J formed a new entity for purposes of effectuating a divisive merger or another form of restructuring or reorganization designed to or asserted to (i) separate themselves from the Indemnification Agreements and/or the obligations thereunder or (ii) otherwise impact the Indemnification Agreements and/or J&J's alleged obligations thereunder?
    - Has J&J retained Jones Day?
    - Has J&J retained Robinson Bradshaw?
    - Have either JNJ or JJCI converted to a different form of entity (for example from a corporation to an LLC) within the past 90 days?
    - Have either JNJ or JJCI converted to an entity under a different state (for example converting to a Texas corporation) within the past 90 days?
    - Does J&J intend to undergo a divisive merger allocating any or all of its talc liabilities?
    - What steps, if any, has J&J taken in preparation for or furtherance of such a divisive merger?
    - Has J&J allocated or assigned any of the Indemnification Agreements or its alleged obligations under them in a divisive merger or other corporate transaction?
    - Is J&J contemplating allocating any of the Indemnification Agreements or its alleged obligations under them through a divisive merger?
    - Is J&J contemplating otherwise transferring or assigning any of the Indemnification Agreements or its alleged obligations under them?
    - Does J&J intend to allocate any of the Indemnification Agreements or its alleged obligations under them through a divisive merger?
    - Does J&J intend to transfer or assign any of the Indemnification Agreements or its alleged obligations under them?