## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>IMERYS TALC AMERICA, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19–10289 (LSS)<br><br>Jointly Administered |
| IMERYS TALC AMERICA, INC. and<br>IMERYS TALC VERMONT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and JOHNSON &<br>JOHNSON CONSUMER INC.,<br><br>Defendants. | Adv. Pro. No. 21-51006 (LSS) |

**JOINT STIPULATION UNDER LOCAL RULE 7012-2
EXTENDING TIME FOR JOHNSON & JOHNSON AND JOHNSON & JOHNSON
CONSUMER INC. TO ANSWER OR FILE RESPONSIVE PLEADING**

Imerys Talc America, Inc. and Imerys Talc Vermont, Inc. (the "**Plaintiffs**"), Johnson &

Johnson and Johnson & Johnson Consumer Inc. ("**J&J**"), the Official Committee of Tort

Claimants (the "**Committee**"), and the Future Claimants' Representative (the "**FCR**" and, together

with the Plaintiffs, J&J, and the Committee, the "**Parties**"), by and through their undersigned

counsel, hereby stipulate under Rule 7012-2 of the Local Rules of Bankruptcy Practice and

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax
identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050),
and Imerys Talc Canada Inc. (6748).  The Debtors' address is 100 Mansell Court East, Suite 300,
Roswell, Georgia 30076.

Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**")

as follows:

A.      On July 27, 2021, Imerys filed the *Complaint* [Bankr. D.I. 3873; Adv. D.I. 1] (the

"**Complaint**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"),

commencing the Adversary Proceeding against J&J, the above-captioned defendants, the response

to which was extended by agreement and is currently due from J&J on September 13, 2021.

B.      On July 27, 2021, the Committee filed the *Motion of the Official Committee of Tort*

*Claimants to Intervene in an Adversary Proceeding* [Adv. D.I. 2] ("**Committee Motion**"), and the

FCR filed *The Future Claimants' Representative's Motion to Intervene in an Adversary*

*Proceeding and Joinder in the Motion of the Official Committee of Tort Claimants to Intervene in*

*an Adversary Proceeding* [Adv. D.I. 8] ("**FCR Motion**").  On August 26, 2021, after notice and a

hearing, the Court granted the Committee Motion and the FCR Motion.

C.      Pursuant to Local Rule 7012-2, "[t]he deadline to plead or move in response to a

complaint or other pleading in an adversary proceeding may be extended for a period of up to

twenty-eight (28) days by stipulation of the parties docketed with the Court."

**IT IS HEREBY STIPULATED AND AGREED** by the Parties that:

1.      The time in which J&J may move, plead, or otherwise respond to the Complaint is

hereby extended up to and including September 21, 2021.

2.      J&J hereby waives any defense that it may otherwise have been entitled to assert

under Federal Rule of Civil Procedure 12(b)(4) and 12(b)(5), as incorporated into this Adversary

Proceeding by Federal Rule of Bankruptcy Procedure 7012(b).

3.      Except as otherwise may be expressly set forth herein, this Stipulation is without

prejudice to the Parties' substantive rights.

ACTIVE.134030644.03
RLF1 25906528v.1

| | |
|---|---|
| Dated: August 31, 2021 | Dated: August 31, 2021 |
| **RICHARDS, LAYTON & FINGER, P.A.** | **FAEGRE DRINKER BIDDLE & REATH, LLP** |
| /s/ Marcos A. Ramos | /s/ Patrick A. Jackson |
| Mark D. Collins (No. 2981) | Patrick A. Jackson (Del. Bar No. 4976) |
| Michael J. Merchant (No. 3854) | 222 Delaware Ave., Ste. 1410 |
| Marcos A. Ramos (No. 4450) | Wilmington, Delaware 19801 |
| Amanda R. Steele (No. 5530) | Telephone: (302) 467-4200 |
| One Rodney Square | Facsimile: (302) 467-4201 |
| 920 North King Street | Patrick.Jackson@faegredrinker.com |
| Wilmington, DE 19801 | |
| Telephone: (302) 651-7700 | -and- |
| Facsimile: (302) 651-7701 | |
| E-mail: collins@rlf.com | **WEIL, GOTSHAL & MANGES LLP** |
| merchant@rlf.com | |
| ramos@rlf.com | Diane P. Sullivan (*pro hac vice*) |
| steele@rlf.com | Gary Holtzer (*pro hac vice*) |
| | Ronit Berkovich (*pro hac vice*) |
| -and- | Theodore E. Tsekerides (*pro hac vice*) |
| | 767 Fifth Avenue |
| **NEAL, GERBER & EISENBERG LLP** | New York, New York 10153 |
| | Telephone: (212) 310-8000 |
| Angela R. Elbert (admitted *pro hac vice*) | Facsimile: (212) 310-8007 |
| Jason A. Frye (admitted *pro hac vice*) | |
| Two North LaSalle Street, Suite 1700 | *Attorneys for Johnson & Johnson and Johnson &* |
| Chicago, Illinois 60602-3801 | *Johnson Consumer Inc.* |
| Telephone: (312) 269-5995 | |
| Facsimile: (312) 578-8396 | |
| E-mail: aelbert@nge.com | |
| jfrye@nge.com | |
| | |
| *Counsel for Debtors and Debtors-in-Possession* | |

ACTIVE.134030644.03
RLF1 25906528v.1

| | |
|---|---|
| Dated: August 31, 2021 | Dated: August 31, 2021 |
| | |
| **ROBINSON & COLE LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| | |
| */s/ Natalie D. Ramsey* | */s/ Kevin A. Guerke* |
| Natalie D. Ramsey (No. 5378) | Robert S. Brady (No. 2847) |
| Mark A. Fink (No. 3946) | Edwin J. Harron (No. 3396) |
| 1201 North Market Street, Suite 1406 | Kevin A. Guerke (No. 4096) |
| Wilmington, Delaware 19801 | Sharon M. Zieg (No. 4196) |
| Tel: (302) 516-1700; Fax: (302) 516-1699 | Rodney Square |
| nramsey@rc.com | 1000 North King Street |
| mfink@rc.com | Wilmington, DE 19801 |
| Michael R. Enright (admitted *pro hac vice*) | Tel. (302) 571-6600; Fax: (302) 571-1253 |
| 280 Trumbull Street | rbrady@ycst.com |
| Hartford, CT 06103 | eharron@ycst.com |
| Tel: (860) 275-8290; Fax: (860) 275-8299 | kguerke@ycst.com |
| menright@rc.com | szieg@ycst.com |
| | |
| **WILLKIE FARR & GALLAGHER LLP** | *Counsel to the Future Claimants' Representative* |
| Rachel C. Strickland (admitted *pro hac vice*) | |
| Jeffrey B. Korn (admitted *pro hac vice*) | |
| Stuart R. Lombardi (admitted *pro hac vice*) | |
| 787 Seventh Avenue | |
| New York, New York 10019 | |
| Tel: (212) 728-8000; Fax: (212) 728-8111 | |
| rstrickland@willkie.com | |
| jkorn@willkie.com | |
| slombardi@willkie.com | |
| | |
| **GILBERT LLP** | |
| Kami E. Quinn (admitted *pro hac vice)* | |
| Heather Frazier (admitted *pro hac vice*) | |
| 700 Pennsylvania Avenue, SE ; Suite 400 | |
| Washington, DC 20003 | |
| Telephone: (202) 772-2200 | |
| quinnk@gilbertlegal.com | |
| frazierh@gilbertlegal.com | |
| | |
| *Counsel to the Official Committee of Tort Claimants* | |

ACTIVE.134030644.03
RLF1 25906528v.1