# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors. | (Jointly Administered) |
| IMERYS TALC AMERICA, INC., and IMERYS TALC VERMONT, INC., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 21-51006 (LSS) |
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC., | **Related to Adv. Docket Nos. 2, 8, 28, 34 & 47** |
| Defendants. | |

### ORDER GRANTING MOTIONS OF THE
### OFFICIAL COMMITTEE OF TORT CLAIMANTS AND
### THE FUTURE CLAIMANTS' REPRESENTATIVE TO INTERVENE

Upon the *Motion of the Official Committee of Tort Claimants to Intervene in an Adversary Proceeding* [Adv. Dkt. No. 2] and the *Future Claimants' Representative's Motion to Intervene in an Adversary Proceeding and Joinder in the Motion of the Official Committee of Tort Claimants to Intervene in an Adversary Proceeding* [Adv. Dkt. No. 8] (the "Motions"), Defendants having filed *Johnson & Johnson's Partial Opposition to the Official Committee of*

---

[1] The above-captioned debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. ("ITA") (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

*Tort Claimants' and Future Claim Representative's Motions to Intervene in an Adversary Proceeding* [Adv. Dkt. No. 28] (the "Objection"), the Official Committee of Tort Claimants (the "Committee") and the Future Claimants' Representative (the "FCR") having filed the *Joint Reply in Support of Motions of Each of the Official Committee of Tort Claimants and the Future Claimants' Representative to Intervene in an Adversary Proceeding* [Adv. Dkt. No. 34] (the "Joint Reply"); the Court having reviewed the Motions, the Objection and the Joint Reply, having heard argument on the matter on August 24, 2021 and having issued a Bench Ruling Granting Motion to Intervene and Denying Motion for Preliminary Injunction [Adv. Dkt. No. 47] (the "Bench Ruling"); and the Court having determined that proper and adequate notice of the Motions has been provided and good cause appearing therefor; it is hereby **ORDERED** as follows:

1. The Motions are **GRANTED** as set forth herein, for the reasons stated in the Bench Ruling.

2. The Committee and FCR are granted the right to intervene in this Adversary Proceeding on the Complaint of the above-captioned Plaintiffs [Adv. Dkt. No. 1] as parties in interest under section 1109(b) of the Bankruptcy Code and pursuant to Bankruptcy Rule 7024, and shall be deemed to so intervene.

3. The caption in this Adversary Proceeding shall be amended to reflect the Committee and FCR as plaintiff intervenors.

4. Leave to file the proposed Complaint in Intervention, attached as Exhibit C to the *Reply Memorandum of Law in Support of the Official Committee of Tort Claimants' and the Future Claimants' Representative's Motion for Preliminary Injunction* [Adv. Dkt. No. 35] is **DENIED**.

5.  This Court shall retain jurisdiction over all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**Dated: September 7th, 2021**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

3