# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors. | (Jointly Administered) |
| IMERYS TALC AMERICA, INC., and IMERYS TALC VERMONT, INC., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 21-51006 (LSS) |
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC., | **Related to Adv. Docket Nos. 4, 29, 35 & 47** |
| Defendants. | |

### ORDER DENYING MOTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND THE FUTURE CLAIMANTS' REPRESENTATIVE FOR PRELIMINARY INJUNCTION

Upon the *Motion for Temporary Restraining Order and Preliminary Injunction* [Adv. Dkt. No. 4] (the "Motion") filed by the Official Committee of Tort Claimants (the "Committee") and the Future Claimants' Representative (the "FCR," and together with the Committee, the "Plaintiffs-Intervenors"), the *Objection to Motion of Official Committee of Tort Claimants and Future Claimants Representatives for Preliminary Injunction* [Adv. Dkt. No. 29] filed by Johnson

---

[1] The above-captioned debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. ("ITA") (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

& Johnson and Johnson & Johnson Consumer Inc., and the Plaintiffs-Intervenors' joint *Reply Memorandum of Law in Support of the Motion for Preliminary Injunction* [Adv. Dkt. No. 35], and following a hearing and argument on the Motion on August 24, 2021 and the Court's Bench Ruling Granting Motion to Intervene and Denying Motion for Preliminary Injunction [Adv. Dkt. No. 47] (the "Bench Ruling"), it is hereby **ORDERED** as follows:

1. The Motion is **DENIED** for the reasons stated in the Bench Ruling.

**Dated: September 7th, 2021**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2